MEMPHIS & ST. FRANCIS PLANK ROAD CO. VS. BANERE & BROWN.

This court will not grant a new trial, on the evidence, where there is not a total want of evidence to sustain the finding.

OF THE STATE OF ARKANSAS.                 307

TERM, 1860.]   Memphis and St. Francis P. R. Co. vs. Bancre & Brown.

*Appeal from Phillips Circuit Court.*

Hon. GEORGE W. BEAZLEY, Circuit Judge.

ALEXANDER, for the appellant.

FOWLER & STILLWELL, for the appellee.

Mr. Justice COMPTON delivered the opinion of the Court.

This case originated before a justice of the peace, and was brought by appeal into the Circuit Court, where, on a trial *de novo*, the appellees recovered judgment.

It is urged in argument here, that the evidence does not sustain the finding of the Circuit Judge, who tried the case sitting as a jury.   Upon looking into the record, we do not perceive a total want of evidence to support the finding; and therefore, according to the settled practice of this court; the finding will not be disturbed.

Let the judgment be affirmed with costs.